PHILLIP A. TALBERT
United States Attorney
ALEXANDRE DEMPSEY
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>PATRICK YOUNG<br><br>                Defendant. | Case No. 1:22-po-00136-SAB<br><br>[Citation # E1762251CA/51]<br><br>MOTION AND ORDER FOR DISMISSAL |

      The United States of America, by and through Phillip A. Talbert, United States Attorney, and Alexandre Dempsey, Assistant United States Attorney, hereby moves to dismiss Case No. 1:22-po-00136-SAB [Citation # E1762251 CA/51] against PATRICK YOUNG, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: September 12, 2022            Respectfully submitted,

                                            PHILLIP A. TALBERT
                                            United States Attorney

                                By:    /s/ *Alexandre Dempsey*
                                                 ALEXANDRE DEMPSEY
                                                 Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:22-po-00136-SAB [Citation # E1762251 CA/51] against PATRICK YOUNG be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **September 13, 2022**

UNITED STATES MAGISTRATE JUDGE